```
SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    Email:  erika.frick@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PRINCE THEO JOHNSON,<br>  a/k/a "Li'l Wolf,"<br><br>    Defendant. | No. CR 07-0156 MHP<br><br>[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 23, 2007 TO APRIL 23, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |

    The parties appeared before Magistrate Judge Joseph C. Spero on March 23, 2007, and before Your Honor on March 26, 2007.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a status conference on April 23, 2007, before your Honor; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from March 23, 2007 to April 23, 2007.  The parties agreed, and the Court found and held, as follows:

    1.  The parties agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny both government and defense counsel

STIPULATION AND [PROPOSED] ORDER
CR 07-0156 MHP

1 | reasonable time necessary for effective case preparation, specifically, to enable defense counsel
2 | to review and analyze discovery and to engage in potential plea negotiations with the
3 | government.  The continuance was also necessary to ensure continuity of counsel because
4 | counsel for the government, Assistant United States Attorney Erika R. Frick, will be unavailable
5 | on April 16, 2007.

     2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from March 23, 2007 to April 23, 2007 outweighed the best interest of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

     3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from March 23, 2007 to April 23, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

     4.  The Court scheduled a status hearing on April 23, 2007, at 10 am.

IT IS SO STIPULATED.

DATED: _____         /S/ _____
ERIKA R. FRICK
Assistant United States Attorney

DATED: _____         /S/ _____
GERI GREEN
Attorney for Prince Theo Johnson

**IT IS SO ORDERED.**

DATED: __April 4, 2007_____        _____
THE HON. MARILYN H. PATEL

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
CR 07-0156 MHP                                        2