1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  700 Montgomery Street
   San Francisco, CA 94111
3  T: (415) 982-2600
   F: (415) 358-4562
4
   Attorney for Defendant:
5  PRINCE THEO JOHNSON

6

7

8

9

10              IN THE UNITED STATES DISTRICT COURT

11          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   No.  CR 07-0156 MMC
                                     )
15         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING HEARING FROM
16         vs.                       )   NOVEMBER 28, 2007 TO DECEMBER
                                     )   13, 2007 AND EXCLUDING TIME
17                                   )   UNDER THE SPEEDY TRIAL ACT ; ORDER
    PRINCE THEO JOHNSON,             )   CONTINUING HEARING TO DECEMBER 12,
18                                   )   2007 AND EXCLUDING TIME UNDER THE
           Defendants.               )   SPEEDY TRIAL ACT
19  _____)

20      The matter is presently on this court's calendar for a status conference on November 28, 2007,
21
    however, more time is necessary for both parties to complete their investigation.  Accordingly, the
22
    parties are requesting a continuance of the status hearing date to December 13, 2007.
23
        The parties therefore stipulate and request the Court to continue the sentencing date from
24
    November 28, 2007 to December 13, 2007, in order to complete their investigation.  Given the need to
25
    complete the necessary investigation, the parties stipulate that the time from November 28, 2007 to
26
    December 13, 2007, is properly excludable for effective preparation and continuity of counsel.
27

28

Stip to Continue- U.S. v. Johnson  CR 07-0156 MMC

IT IS SO STIPULATED.

DATED: November 27, 2007

/s/_____
WILLIAM FRENTZEN
Assistant United States Attorney

DATED: November 27, 2007

/s/_____
GERI LYNN GREEN
Attorney for Andrea Pickrell

IT IS SO ORDERED. The sentencing hearing will be continued from November 28, 2007 to December 12 ~~13~~, 2007. For the reasons set forth above, the time is excludable from the Speedy Trial Act on the grounds of effective preparation and continuity of counsel.

DATED: November 27, 2007

_____
THE HON. MAXINE M. CHESNEY
United States Chief District Judge

Z:\Geri's Documents\CLIENTS\prince johnson\Stip to continue.wpd

Stip to Continue- U.S. v. Johnson  CR 07-0156 MMC