GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green, LC
700 Montgomery Street
San Francisco, CA 94111
T: (415) 982-2600
F: (415) 358-4562

Attorney for Defendant:
PRINCE THEO JOHNSON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0156 MMC |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING FROM |
| vs. | ) ) ) | DECEMBER 12, 2007 TO JANUARY 16, 2008 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| PRINCE THEO JOHNSON, | ) ) | |
| Defendants. | ) ) | |

    The matter is presently on this Court's calendar for a status conference on December 12, 2007. Iinformation has just surfaced this morning that has changed the position of the parties. Accordingly, more time is necessary for both parties to complete their investigation.

    The parties therefore stipulate and request the Court to continue the sentencing date from December 12, 2007 to January 16, 2008, in order to complete their investigation. Given the need to complete the necessary investigation, the parties stipulate that the time from December 12, 2007 to January 16, 2008, is properly excludable for effective preparation and continuity of counsel.

Stip to Continue- U.S. v. Johnson  CR 07-0156 MMC

1  IT IS SO STIPULATED.

2  DATED: December 11, 2007

3  /s/
4  WILLIAM FRENTZEN
   Assistant United States Attorney

5  DATED: December 11, 2007

6  /s/
   GERI LYNN GREEN
   Attorney for Andrea Pickrell

7

8                       status conference
   IT IS SO ORDERED. The ~~sentencing hearing~~ will be continued from December 12, 2007 to January
9
   16, 2008.  For the reasons set forth above, the time is excludable from the Speedy Trial Act on the
10
   grounds of effective preparation and continuity of counsel.
11
   DATED:  December 11, 2007

12

13 THE HON. MAXINE M. CHESNEY
   United States Chief District Judge

14

15 Z:\Geri's Documents\CLIENTS\prince johnson\Stip to continue 12-12-07.wpd

Stip to Continue- U.S. v. Johnson  CR 07-0156 MMC