1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  A Law Corporation
   700 Montgomery Street
3  San Francisco, CA 94111
   T: (415) 982-2600
4  F: (415) 358-4562
   gerilynngreen@gmail.com

6  Attorney for Defendant:
   PRINCE THEO JOHNSON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0156 MMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FILING DATE FROM APRIL 2, 2008 TO APRIL 16, 2008 AND ASSOCIATED DATES |
| vs. | ) | |
| PRINCE THEO JOHNSON, | ) | |
| Defendants. | ) | |

The matter is presently on this Court's calendar for hearing on defense motions on May 15, 2008 with the motions to be filed on April 2, 2008. Due to the fact that the parties have engaged in serious plea negotiations and that the nature of the evidence required to file the defense motions is evidence that is of a particularly sensitive nature, the defense requests and the government has no objection to a request that the date for filing the defense motions be continued to allow for the finalization of the plea negotiations.

The parties therefore stipulate and request the Court to continue the motions filing date from April 2, 2008 to April 16, 2008 and to continue the associated dates as follows:

Stip to Continue- U.S. v. Johnson  CR 07-0156 MMC

|   | **Presently Scheduled Date** | **Proposed Date** |
|---|---|---|
| Defendant's Motions to be filed | April 2, 2008 | April 16, 2008 |
| Responses to be filed | April 16, 2008 | April 30, 2008 |
| Reply to be filed | April 23, 2008 | May 8, 2008 |
| Hearing Date | May 15, 2008. | Remains the same |

Since there is no request to change the hearing date, there is no need to exclude time.

IT IS SO STIPULATED.

DATED: April 2, 2008

/s/_____
WILLIAM FRENTZEN
Assistant United States Attorney

DATED: April 2, 2008

/s/_____
GERI LYNN GREEN
Attorney for Prince Johnson

IT IS SO ORDERED. The continue the motions filing date will be continued from April 2, 2008 to April 16, 2008 and the associated dates continued as follows:

|   | **Presently Scheduled Date** | **Proposed Date** |
|---|---|---|
| Defendant's Motions to be filed | April 2, 2008 | April 16, 2008 |
| Responses to be filed | April 16, 2008 | April 30, 2008 |
| Reply to be filed | April 23, 2008 | May 8, 2008 |
| Hearing Date | May 15, 2008. | Remains the same |

Since there is no request to change the hearing date, there is no need to exclude time.

DATED: April 3, 2008

_____
THE HON. MAXINE M. CHESNEY
United States Chief District Judge

Y:\Clients\Prince Johnson\stip to continue draft.wpd

Stip to Continue- U.S. v. Johnson  CR 07-0156 MMC