1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  A Law Corporation
   700 Montgomery Street
3  San Francisco, CA 94111
   T: (415) 982-2600
4  F: (415) 358-4562
   gerilynngreen@gmail.com
5

6  Attorney for Defendant:
   PRINCE THEO JOHNSON
7

8

9               IN THE UNITED STATES DISTRICT COURT

10           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,      )    No. CR 07-0156 MMC  and CR 05-0318 MMC
                                   )
14          Plaintiff,              )    STIPULATION AND [PROPOSED]
                                   )    ORDER CONTINUING SENTENCING
15      vs.                         )    HEARING FROM SEPTEMBER 15, 2008
                                   )    TO OCTOBER 1, 2008
16                                 )
    PRINCE THEO JOHNSON,           )
17                                 )
            Defendants.             )
18  _____)

19
        The matter is presently on this Court's calendar for judgment and sentence on September 17,
20
    2008 at 2:30 p.m.  Defense counsel has made repeated attempts to obtain documents necessary for a
21
    full and fair sentencing hearing.  The documents have been next to impossible and in some cases,
22
    impossible to obtain.  It has been reported to my office by the custodian of certain medical records that
23
    they have indeed been sent from their storage facility.  However, I have yet to receive them.
24
        Consequently, the parties, by and through their attorneys of record, hereby stipulate and request
25
    the Court to continue the sentencing date to October 1, 2008, at 2:30 p.m., to allow him to obtain the
26
    documents and other evidence necessary to proceed to sentencing hearing.
27
    IT IS SO STIPULATED.
28

Stipulation and Proposed Order- U.S. v. Johnson  CR 07-0156 MMC

1 | DATED: September 15, 2008

2
3
/s/
WILLIAM FRENTZEN
Assistant United States Attorney

4 | DATED: September 15, 2008

5
/s/
GERI LYNN GREEN
Attorney for Prince Johnson

6

7 | IT IS SO ORDERED.

8 | DATED: September 16, 2008

9
THE HON. MAXINE M. CHESNEY
United States Chief District Judge

10

11 | C:\Documents and Settings\Geri\Desktop\stip_to_continue_J_AND_S.wpd

Stipulation and Proposed Order- U.S. v. Johnson  CR 07-0156 MMC