1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  A Law Corporation
   700 Montgomery Street
3  San Francisco, CA 94111
   T: (415) 982-2600
4  F: (415) 358-4562
   gerilynngreen@gmail.com
5

6  Attorney for Defendant:
   PRINCE THEO JOHNSON
7

8

9              IN THE UNITED STATES DISTRICT COURT

10         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA, ) No. CR 07-0156 MMC
   |                           )
14 |         Plaintiff,         ) STIPULATION AND [PROPOSED]
   |                           ) ORDER CONTINUING STATUS
15 |         vs.                ) HEARING FROM APRIL 1, 2009 TO
   |                           ) APRIL 22, 2009
16 |                           )
   | PRINCE THEO JOHNSON,      )
17 |                           )
   |         Defendants.       )
18 |_____)

19

20     The matter is presently on this Court's calendar for status hearing on April 1, 2009, at 2:30 p.m.

21 It is herein requested that the status hearing be postponed to April 22, 2009, for the following reasons.

22 On March 16, 2009, defense counsel received a letter from the Government indicating their

23 unwillingness to dismiss the additional charge against Mr. Johnson; however, the Government will

24 request that the conviction on the charge of being a felon in possession of ammunition be vacated so that

25 Mr. Johnson will be sentenced only on the charge of being a felon of possession of a firearm.  Since that

26 time, defense counsel has been involved in moving her offices, in addition to her regular duties as

27 counsel to her clients.  Accordingly, it is requested that defendant be allowed an additional three weeks

28

Stipulation and Proposed Order
U.S. v. Johnson  CR 07-0156 MMC

to respond to the government's letter by motion to the court if necessary.  Consequently, a three-week continuance is requested for the status hearing, only.  There is no need to continue the sentencing date.

IT IS SO STIPULATED.

DATED: March 26, 2009

/s/ _____
CHRISTINE Y. WONG
Assistant United States Attorney

DATED: March 26, 2009

/s/ _____
GERI LYNN GREEN
Attorney for Prince Johnson

It is hereby ordered that the Status Conference date presently set for April 1, 2009, be continued to April 22, 2009.  Any motions to be filed are ordered filed no later than April 10, 2009.

IT IS SO ORDERED.

DATED: March 30, 2009

_____
THE HON.  MAXINE M. CHESNEY
United States Chief District Judge

Stipulation and Proposed Order
U.S. v. Johnson  CR 07-0156 MMC