```
1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  A Law Corporation
   155 Montgomery Street, Suite 901
3  San Francisco, CA 94111
   T: (415) 982-2600
4  F: (415) 358-4562
   gerilynngreen@gmail.com
5  greenlaw700@gmail.com

6  Attorney for Defendant:
   PRINCE THEO JOHNSON
7
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0156 MMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM MAY 27, 2009, TO JUNE 3, 2009 |
| vs. | ) | |
| PRINCE THEO JOHNSON, | ) | |
| Defendant. | ) | |

 Defendant PRINCE THEO JOHNSON, by and through his counsel Geri Lynn Green and Assistant United States Attorney Christine Wong, hereby stipulate and agree that the sentencing hearing scheduled for May 27, 2009, 2:30 p.m. be continued to June 3, 2009, 2:30 p.m.  This request is made by defense counsel due to the fact that she has been ill and has been unable to complete the necessary documents for the sentencing hearing.

\\\

\\\

\\\

\\\

Stipulation and Proposed Order- U.S. v. Johnson  CR 07-0156 MMC

1  The government has graciously agreed to the requested continuance.

2  IT IS SO STIPULATED.

3  DATED: May 20, 2009

4                                                    /S/_____
   CHRISTINE WONG
5  Assistant United States Attorney

6  DATED: May 20, 2009

7                                                    /S/_____
   GERI LYNN GREEN
8  Attorney for Prince Johnson

## ORDER

Pursuant to stipulation, Defendant PRINCE THEO JOHNSON'S sentencing hearing, currently scheduled for May 27, 2009, 2:30 p.m., is continued to June 3, 2009, 2:30 p.m.

**IT IS SO ORDERED.**

DATED: May 22, 2009

_____
THE HON. MAXINE M. CHESNEY
United States District Judge

Stipulation and Proposed Order- U.S. v. Johnson  CR 07-0156 MMC