1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  A Law Corporation
   155 Montgomery Street, Suite 901
3  San Francisco, CA 94111
   T: (415) 982-2600
4  F: (415) 358-4562
   gerilynngreen@gmail.com
5  greenlaw700@gmail.com

6  Attorney for Defendant:
   PRINCE THEO JOHNSON
7

8

9              IN THE UNITED STATES DISTRICT COURT

10         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,        )   No.  CR 07-0156 MMC
                                     )
14         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING SENTENCING
15         vs.                       )   HEARING FROM JUNE 3, 2009, TO
                                     )   JUNE 17, 2009
16                                   )
    PRINCE THEO JOHNSON,             )
17                                   )
           Defendant.                )
18  _____)

19
       Defendant PRINCE THEO JOHNSON, by and through his counsel Geri Lynn Green and
20
    Assistant United States Attorney Christine Wong, hereby stipulate and agree that the sentencing hearing
21
    scheduled for June 3, 2009, 2:30 p.m. be continued to June 17, 2009, 2:30 p.m.  This request is made by
22
    defense counsel and agreed to by the government.  Defense counsel had been ill over the past few weeks.
23
    Concomitant with her recovery she was unexpectedly required to respond to a lengthy and complex
24
    dispositive motion in the case of *Hewitt v. County of Sacramento et al*., (Eastern District Case No.
25
    2:07-cv-01037-DAD) which further compromised her health issues requiring her to curtail  work
26
    activities and rest.  Moreover, two witnesses who are necessary for proper adjudication of the facts at
27
    sentencing were unavailable to the defense until recently.  Defense counsel has just now been able to
28

Stip./Proposed Order to Continue Sentencing
U.S. v. Johnson  CR 07-0156 MMC

locate them and set up interviews.  It is therefore anticipated that the sentencing memorandum can be completed within the next week and that the matter will be in proper position to go forward on June 17th.

The government has graciously agreed to the requested continuance.

IT IS SO STIPULATED.

DATED: June 1, 2009

/S/_____
CHRISTINE WONG
Assistant United States Attorney

DATED: June 1, 2009

/S/_____
GERI LYNN GREEN
Attorney for Prince Johnson

## ORDER

Pursuant to stipulation, Defendant PRINCE THEO JOHNSON'S sentencing hearing, currently scheduled for June 3, 2009, 2:30 p.m., is continued to June 17, 2009, 2:30 p.m.

**IT IS SO ORDERED.**

DATED: June 2, 2009

_____
THE HON. MAXINE M. CHESNEY
United States District Judge

Stip./Proposed Order to Continue Sentencing
U.S. v. Johnson  CR 07-0156 MMC