1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  A Law Corporation
   155 Montgomery Street, Suite 901
3  San Francisco, CA 94111
   T: (415) 982-2600
4  F: (415) 358-4562
   gerilynngreen@gmail.com
5  greenlaw700@gmail.com

6  Attorney for Defendant:
   PRINCE THEO JOHNSON
7

8

9              IN THE UNITED STATES DISTRICT COURT

10          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,          )   No. CR 07-0156 MMC
                                       )
14           Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                       )   ORDER CONTINUING SENTENCING
15       vs.                            )   HEARING FROM JUNE 17, 2009, TO
                                       )   JULY 15, 2009
16                                      )
    PRINCE THEO JOHNSON,               )
17                                      )
             Defendant.                 )
18  _____)

19       Defendant PRINCE THEO JOHNSON, by and through his counsel Geri Lynn Green and

20  Assistant United States Attorney Christine Wong, hereby stipulate and agree that the sentencing hearing

21  scheduled for June 17, 2009, 2:30 p.m. be continued to July 15, 2009, 2:30 p.m.

22       Mr. Johnson is a defendant who suffers from a variety of medical and mental health issues and is

23  at times one at high risk for suicide attempts. Consequently, more time is necessary to provide

24  information to the Court regarding his need for medical and mental health care prior to sentencing. This

25  is particularly important here in order to provide the necessary information to the Bureau of Prisons to

26  facilitate an effective treatment regimen while in their custody.

27       Defense counsel has requested and is awaiting medical records from the Alameda County Jail,

28

Stip./Proposed Order to Continue Sentencing
U.S. v. Johnson  CR 07-0156 MMC

that will shed light on this process.  Defense counsel has further developed information to inform the Court of the needs of this defendant to facilitate a smooth transfer and appropriate sentencing concerns.  The requested documentation has yet to arrive as well as some of the assessments necessary.  It is therefore requested that the sentencing hearing in this matter be continued until July 15, 2009.

In light of the defendant's improved mental state, and treatment regimen at the County Jail, he has agreed to the continuance as has the government who has graciously agreed to the requested continuance.

IT IS SO STIPULATED.

DATED: June 15, 2009

/S/_____
CHRISTINE WONG
Assistant United States Attorney

DATED: June 15, 2009

/S/_____
GERI LYNN GREEN
Attorney for Prince Johnson

## ORDER

Pursuant to stipulation, Defendant PRINCE THEO JOHNSON'S sentencing hearing, currently scheduled for June 17, 2009, 2:30 p.m., is continued to July 15, 2009, 2:30 p.m.

**IT IS SO ORDERED.**

DATED: June 15, 2009

_____
THE HON. MAXINE M. CHESNEY
United States District Judge

Stip./Proposed Order to Continue Sentencing
U.S. v. Johnson  CR 07-0156 MMC