GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green, LC
A Law Corporation
155 Montgomery Street, Suite 901
San Francisco, CA 94111
T: (415) 982-2600
F: (415) 358-4562
gerilynngreen@gmail.com
greenlaw700@gmail.com

Attorney for Defendant:
PRINCE THEO JOHNSON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0156 MMC |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER STATUS FROM MARCH 16, 2011 TO APRIL 06, 2011 |
| vs. ) | |
| PRINCE THEO JOHNSON, ) | |
| Defendant. ) | |

Defendant PRINCE THEO JOHNSON, by and through his counsel Geri Lynn Green and Assistant United States Attorney Christine Wong, hereby stipulate and agree to extend the time for further status conference currently set for March 16, 2011 at 2:30 pm until April 06, 2011 at 2:30 pm. Defense counsel is required to be present for jury trial in the case of *Gabales v County of Sacramento, et al.*, (Eastern District Case No. 2:07-cv-LKK-DAD), which has lasted longer than was anticipated by the parties of that action. In addition, Defense Counsel is still awaiting determination as to whether the Defendant's psychological evaluation will impact the validity of his state court plea, the basis for the present supervised release violation.

The government has graciously agreed to the requested continuance.

Stip./Proposed Order to Continue Sentencing
U.S. v. Johnson  CR 07-0156 MMC

1  IT IS SO STIPULATED.

2  DATED: March 11, 2011

3                                          /S/_____
                                            CHRISTINE WONG
4                                           Assistant United States Attorney

5
   DATED: March 11, 2011
6                                           /S/_____
                                            GERI LYNN GREEN
7                                           Attorney for Prince Johnson

8

9                                    **ORDER**

10      Pursuant to stipulation, Defendant PRINCE THEO JOHNSON'S further status conference,

11  currently scheduled for March 16, 2011, 2:30 p.m., is continued to April 06, 2011, 2:30 p.m.

12      **IT IS SO ORDERED.**

13

14  DATED: __March 15, 2011_____

15
                                            _____
16                                          THE HON. MAXINE M. CHESNEY
                                            United States District Judge

Stip./Proposed Order to Continue Sentencing
U.S. v. Johnson  CR 07-0156 MMC