1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  155 Montgomery Street, Suite 901
   San Francisco, CA 94104
3  Tel: (415) 982-2600
   Fax: (415) 358-4562
4  gerilynngreen@gmail.com
   greenlaw700@gmail.com
5

6
   Attorney for Defendant:
7  PRINCE THEO JOHNSON

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12 | UNITED STATES OF AMERICA,       ) | No. CR 07-0156 MMC
                                     )
13 |         Plaintiff,               ) | STIPULATION AND [PROPOSED]
                                     ) | ORDER CONTINUING FURTHER
14 |         vs.                      ) | STATUS FROM APRIL 6, 2011 TO
                                     ) | APRIL 27, 2011
15                                   )
   PRINCE THEO JOHNSON,              )
16                                   )
           Defendant.                )
17 _____)

18     Defendant PRINCE THEO JOHNSON, by and through his counsel, Geri Lynn Green, and

19 Assistant United States Attorney Christine Wong, hereby stipulate and agree to extend the time for

20 further status conference currently set for April 6, 2011 at 2:30 p.m. until April 27, 2011 at 2:30 p.m.

21 This request is being made because the San Francisco Superior Court matter related to the instant

22 Supervised Release Violation is presently set to be heard on the morning of April 6, 2011. The outcome

23 of that hearing will, likely, have great bearing on the instant matter.

24     Accordingly, the parties request a short continuance of the status conference date set presently for

25 April 6, 2011 to April 27, 2011. The Court has indicated its availability for the new date.

26 //

27 //

28
   Stip./Proposed Order to Continue Sentencing
   U.S. v. Johnson  CR 07-0156 MMC

IT IS SO STIPULATED.

DATED: April 4, 2011

/S/
CHRISTINE WONG
Assistant United States Attorney

DATED: April 4, 2011

/S/
GERI LYNN GREEN
Attorney for Prince Johnson

## ORDER

Pursuant to stipulation, Defendant PRINCE THEO JOHNSON'S further status conference, currently scheduled for April 6, 2011, 2:30 p.m., is continued to April 27, 2011, 2:30 p.m.

**IT IS SO ORDERED.**

DATED: April 5, 2011

THE HON. MAXINE M. CHESNEY
United States District Judge

Stip./Proposed Order to Continue Sentencing
U.S. v. Johnson  CR 07-0156 MMC