GERI LYNN GREEN (SBN 127709)
Law Offices of Geri Lynn Green, LC
155 Montgomery Street, Suite 901
San Francisco, CA 94104
Tel: (415) 982-2600
Fax: (415) 358-4562
gerilynngreen@gmail.com
greenlaw700@gmail.com

Attorney for Defendant:
PRINCE THEO JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCE THEO JOHNSON,<br><br>Defendant. | No. CR 07-0156 MMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING FURTHER<br>STATUS FROM MAY 25, 2011 TO<br>JUNE 29, 2011 |

Defendant PRINCE THEO JOHNSON, by and through his counsel, Geri Lynn Green, and Assistant United States Attorney Christine Wong, hereby stipulate and agree to extend the time for further status conference currently set for May 25, 2011 at 2:30 p.m. until June 29, 2011 at 2:30 p.m. This request is being made because the San Francisco Superior Court matter related to the instant Supervised Release Violation was continued and presently set to be heard on the morning of June 10, 2011. The outcome of that hearing will, likely, have great bearing on the instant matter.

Accordingly, the parties request a short continuance of the status conference date set presently for May 25, 2011 to June 29, 2011 or a date thereafter selected by the Court.

//

//

1  IT IS SO STIPULATED.

2  DATED: May 24, 2011

3  /S/
4  CHRISTINE WONG
   Assistant United States Attorney

5  DATED: May 24, 2011

6  /S/
   GERI LYNN GREEN
7  Attorney for Prince Johnson

8

9  **ORDER**

10  Pursuant to stipulation, Defendant PRINCE THEO JOHNSON'S further status conference,
11  currently scheduled for May 25, 2011, 2:30 p.m., is continued to June 29, 2011 at 2:30 p.m.

14  **IT IS SO ORDERED.**

16  DATED: May 24, 2011

   THE HON. MAXINE M. CHESNEY
18  United States District Judge

Stip./Proposed Order to Continue Sentencing
U.S. v. Johnson  CR 07-0156 MMC