UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>PRINCE JOHNSON,<br><br>    Defendant. | No. CR 07-0156-MMC<br><br>[Proposed] **ORDER** GRANTING MOTION TO BE RELIEVED AS COUNSEL; SCHEDULING DEFENDANT'S APPEARANCE BEFORE DUTY MAGISTRATE JUDGE FOR APPOINTMENT OF COUNSEL |

   IT IS HEREBY ORDERED based on good cause, that Ms. Geri Green is hereby relieved as Counsel of record in this matter, and defendant shall appear on Wednesday, January 18, 2012 at 9:30 a.m. before the duty Magistrate Judge for appointment of counsel.

**IT IS SO ORDERED.**

DATED: January 13, 2012

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Court Judge